UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOSE M. STRAYHORN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-00019-RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The Court notes that movant filed a handwritten motion for relief from judgment pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015), that this Court converted to its proper form, under 28 U.S.C. § 2255. In order to allow movant to address all of his arguments under *Johnson*, the Court would like movant to draft his motion to vacate on the Court-provided form. Local Rule 2.06(A) authorizes the Court to order pro se parties to utilize the Court's forms, where applicable. In this instance, the Court will order movant to file an amended motion on the Court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to movant a copy of the Court's form motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that movant shall file an amended motion no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, this action will be dismissed.

Dated this 5th day of February, 2016.

                                                                    /s/ Rodney W. Sippel
                                                                   **RODNEY W. SIPPEL**
                                                                   **UNITED STATES DISTRICT JUDGE**