UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSE M. STRAYHORN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 1:16-CV-00019-RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. On February 5, 2016, the Court ordered movant to amend his handwritten motion for relief from judgment, filed pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015), that this Court converted to its proper form, under 28 U.S.C. § 2255. However, movant has failed to comply with this Court's Order. Movant will be given thirty (30) additional days to file his motion to vacate on the Court-provided form. His failure to comply, however, will result in a dismissal of this action, without prejudice.

Movant is warned that if he wishes to retain his claims under *Johnson*, he must bring them within the confines of a § 2255 action in this Court, prior to June 26, 2016, or one year after *Johnson* was decided by the Supreme Court of the United States of America.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to movant a copy of the Court's form motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that movant shall file an amended motion no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, this action will be dismissed.

Dated this 11th day of March, 2016.

_____
**RODNEY W. SIPPEL**
**UNITED STATES DISTRICT JUDGE**