UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| JOSE STRAYHORN, | ) |
|---|---|
| Movant, | ) |
| v. | ) No. 1:16-CV-19 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Movant has been granted permission to file a successive § 2255 motion, and a new case has been opened, *Strayhorn v. United States*, 1:16-CV-287 RWS. Movant mistakenly filed his successive motion in this case. So, the Court will transfer it to the new case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to **TRANSFER** movant's amended motion to vacate under § 2255 [ECF No. 11] to *Strayhorn v. United States*, 1:16-CV-287 RWS.

Dated this   21st   day of December, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE